Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−34871−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 LaShon D. Cade
 aka LaShon D. Jeffcoat
 105 Lucas Lane
 Voorhees, NJ 08043

Social Security No.:
 xxx−xx−0649

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: wir

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 14-34871-MBK
LaShon D. Cade                                                          Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Sep 19, 2019
                              Form ID: 148                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +LaShon D. Cade,    105 Lucas Lane,    Voorhees, NJ 08043-2549
none           +Kundan Bhatia,    201 Wayne Avenue,    Narberth, PA 19072-1812
cr             +Westhampton Township Municipal Court,    710 Rancocas Road,    Westhampton, NJ 08060-5642
515220480      +Burlington County Municipal Court,    PO Box 6555,    Mount Holly, NJ 08060-6555
515220481      +Comcast Burlington NJ Service,    c/o Eastern Account Systems,    75 Gleen Road, Ste.110,
                 Sandy Hook, CT 06482-1170
515220482      +Cure,   PO Box 48285,    Newark, NJ 07101-8485
515220486      +Freedom CU,    626 Jacksonville Road,    Warminster, PA 18974-4872
515220487      +Freedom Federal Credit Union,    PO Box 1545,    Bel Air, MD 21014-7545
515220488       Hospital Billing-CHOP,    PO Box 8500-7802,    Philadelphia, PA 19178-0001
516305521      +Kundan Bhatia,    201 WayneAvenue,    Narberth PA 19072-1812
515220490      +Mt Laural Municipal Court,    100 Mount Laurel Road,    Mount Laurel, NJ 08054-9540
515220493       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
515220491       Physician Billing PB Chop,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
515220492       Progressive,    PO Box 7247-0112,    Philadelphia, PA 19170-0112
515220494       South Jersey Radiology,    c/o Remex Revenue Management,    307 Wall Street,
                 Princeton, NJ 08540-1515
515220495       State of New Jersey,    Motor Vehicle Violations Surcharge Syste,    PO Box 4850,
                 Trenton, NJ 08650-4850
515220496      +Tea Leaf Investment LLC,    c/o Harris & Harris Realtor,    230 High Street,
                 Burlington, NJ 08016-4410
515220499       Victoria Manor Homeowers Assoc,    PO Box 65442,    Tucson, AZ 85728-5442
515220501      +Westampton Municipal Court,    710 Rancocas Road,    Westampton, NJ 08060-5642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515411266       EDI: AIS.COM Sep 20 2019 03:33:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
515220483      +EDI: NAVIENTFKASMDOE.COM Sep 20 2019 03:33:00      Dept of Ed/Sallie Mae,    PO box 9635,
                 Wilkes Barre, PA 18773-9635
515220484      +EDI: CCS.COM Sep 20 2019 03:33:00      Drive New Jersey Insurance Company,
                 c/o Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3225
515220485      +E-mail/Text: kmorgan@morganlaw.com Sep 19 2019 23:49:53      Ford Motor Credit Co,
                 c/o Morgan Bornstein & Morgan,    1236 Brace Road Ste K,    Cherry Hill, NJ 08034-3229
515220489       EDI: IIC9.COM Sep 20 2019 03:33:00      IC Systems,    444 Highway 96 East,    PO Box 64887,
                 Saint Paul, MN 55164-0887
515361452       EDI: NAVIENTFKASMSERV.COM Sep 20 2019 03:33:00      Navient Solutions, Inc.,
                 Department of Education Loan Services,    Po Box 9635,    Wilkes-Barre PA. 18773-9635
515383177      +E-mail/Text: bankruptcy@pseg.com Sep 19 2019 23:48:14      PSE&G,   PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515220498       EDI: TFSR.COM Sep 20 2019 03:33:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
515220497      +E-mail/Text: atzalmon@hnlawfirm.com Sep 19 2019 23:50:12      TeaLeaf Investment LLC,
                 c/o Hanlon Niemann PC,    3499 Route 9 North Ste 1-F,    Freehold, NJ 07728-3277
515236524       EDI: TFSR.COM Sep 20 2019 03:33:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
515220500      +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2019 23:49:52
                 Virtua/West Jersey Hospital,    c/o NCO Financial Systems,    PO Box 15273,
                 Wilmington, DE 19850-5273
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 19, 2019
                              Form ID: 148             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Eric   Clayman    on behalf of Debtor LaShon D. Cade jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Debtor LaShon D. Cade jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor LaShon D. Cade jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Steven R. Neuner    on behalf of Unknown Role Type Kundan   Bhatia sneuner@nv-njlaw.com,
           ETomlinson@nv-njlaw.com
                                                                                           TOTAL: 8
```